IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 99-30862

---

JOHN DALE SHARBER; LOUISIANA STATE
UNIVERSITY MEDICAL CENTER SHREVEPORT,

Plaintiffs-Appellants,

versus

TRAVELERS INDEMNITY CO.,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Western District of Louisiana
(98-CV-560)

---

April 7, 2000

Before REYNALDO G. GARZA, HIGGINBOTHAM, and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

   We affirm for essentially the reasons stated by the district
court.

---

   [*] Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.